UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 12 2018

SKAT,                                            Plaintiff,

v.

| | |
|---|---|
| The Canada Rock LLC 401K Plan, et ano. | 18-CV-4531(LAK) |
| The ISDB Pension Plan, et ano., | 18-CV-4536 (LAK) |
| The NYC Stanismore Pension Plan, et ano., | 18-CV-4541 (LAK) |
| The Texas Rocco LLC 401K Plan, et ano., | 18-CV-4543 (LAK) |
| The Aston Advisors LLC 401K Plan, et ano., | 18-CV-4770 (LAK) |
| The M2F Wellness LLC 401K Plan, et ano., | 18-CV-4890 (LAK) |
| The MPQ Holdings LLC 401K Plan, et ano., | 18-CV-4892 (LAK) |
| Sterling Alpha LLC 401K Profit Sharing Plan, et ano., | 18-CV-4894 (LAK) |
| The TKKJ LLC 401K Plan, et ano., | 18-CV-4896 (LAK) |
| NYCATX LLC Solo 401K Plan, et ano., | 18-CV-4898 (LAK) |
| Ackview Solo 401K Plan, et ano., | 18-CV-4900 (LAK) |
| The Belforte Pension Plan, et al., | 18-CV-5150 (LAK) |
| The Bravos Advisors 401K Plan, et al., | 18-CV-5151 (LAK) |
| The Costello Advisors Pension Plan, et al., | 18-CV-5158 (LAK) |
| The Eskin Pension Plan, et al., | 18-CV-5164 (LAK) |
| The Fieldcrest Pension Plan, et al., | 18-CV-5180 (LAK) |
| The Westport Advisors LLC 401K Plan, et al. | 18-CV-5183 (LAK) |
| The Kodiak Capital Pension Plan, et al. | 18-CV-5185 (LAK) |
| The Kyber Pension Plan, et al., | 18-CV-5186 (LAK) |
| The Lerici Capital Pension Plan, et al. | 18-CV-5188 (LAK) |
| The Ludlow Holdings 401K Plan, et al., | 18-CV-5189 (LAK) |
| The Regoleth Pension Plan, et al., | 18-CV-5190 (LAK) |
| The Saba Capital LLC 401K Plan, et al., | 18-CV-5192 (LAK) |
| The West River Pension Plan, et al., | 18-CV-5193 (LAK) |
| The Stark Pension Plan, et al., | 18-CV-5194 (LAK) |

                                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER RE SCHEDULING AND
INITIAL PRETRIAL CONFERENCE

KAPLAN, District Judge.

    These actions having been assigned to me for all purposes, it is hereby,
ORDERED as follows:

1.     Counsel receiving this order shall promptly mail copies hereof to all other counsel of record or, in the case of parties for which no appearance has been made, to such parties.

2.     Counsel for all parties are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule and the agreed schedule calls for filing of the pretrial order not more than six (6) months from the date of this order, counsel shall sign and email to Orders and Judgments within ten (10) days from the date hereof a consent order in the form annexed for consideration by the Court. If such a consent order is not submitted within the time provided, a conference will be held on <u>6/26/2018</u> at 11:00 AM in courtroom 21 B, 500 Pearl Street, New York, New York.

3.     Any party desiring a conference with the Court for purposes of discussing settlement, narrowing of issues, or other pertinent pretrial matters may request a conference by letter.

4.     Counsel should be aware that this case has been designated for Electronic Case Filing (ECF). It is the responsibility of counsel to become familiar with and follow ECF procedures. Information regarding the ECF system can be found on the Court's website at www.nysd.uscourts.gov.

Dated: June 12, 2018

_____
Lewis A. Kaplan
United States District Judge