**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 1:18-md-02865-LAK |

| | |
|---|---|
| SKATTEFORVALTNINGEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN VAN MERKENSTEIJN, RICHARD MARKOWITZ, BERNINA PENSION PLAN TRUST, RJM CAPITAL PENSION PLAN TRUST, 2321 CAPITAL PENSION PLAN, BOWLINE MANAGEMENT PENSION PLAN, CALIFORNIA CATALOG COMPANY PENSION PLAN, CLOVE PENSION PLAN, DAVIN INVESTMENTS PENSION PLAN, DELVIAN LLC PENSION PLAN, DFL INVESTMENTS PENSION PLAN, LAEGELER ASSET MANAGEMENT PENSION PLAN, LION ADVISORY INC. PENSION PLAN, MILL RIVER CAPITAL MANAGEMENT PENSION PLAN, NEXT LEVEL PENSION PLAN, RAJAN INVESTMENTS LLC PENSION PLAN, SPIRIT ON THE WATER PENSION PLAN, and TRADEN INVESTMENTS PENSION PLAN,<br><br>                    Defendants. | This document relates to:<br>1:19-cv-10713-LAK |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT**

     **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the parties, that the current July 29, 2020 deadline for defendants 2321 Capital

Pension Plan, Bowline Management Pension Plan, Clove Pension Plan, Davin Investments

Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Laegeler Asset

Management Pension Plan, Lion Advisory Inc. Pension Plan, Mill River Capital Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, Spirit on the Water Pension Plan, and Traden Investments Pension Plan (together, the "Defendants") to answer the Amended Complaint in this action is hereby extended thirty (30) days up to and including August 28, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and the Defendants expressly reserve, any and all defenses.

This is the Defendants' third request for an extension of time to answer or otherwise respond to the Complaint. The Court granted the Defendants' previous requests.

Dated: New York, New York
July 27, 2020

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By:  /s/ Edward M. Spiro
      Edward M. Spiro


565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
Fax: (212) 856-9494
espiro@maglaw.com

*Counsel for Defendants Clove Pension Plan,*
*Delivan LLC Pension Plan, Mill River*
*Capital Management Pension Plan, and*
*Traden Investments Pension Plan*

HUGHES HUBBARD & REED LLP


By:  /s/ Marc A. Weinstein
      (*e-signed with consent*)
      Marc A. Weinstein


One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Skatteforvaltningen (Customs and*
*Tax Administration of the Kingdom of*
*Denmark)*

LANKLER, SIFFERT & WOHL LLP

By: /s/ Gabrielle S. Friedman
   (*e-signed with consent*)
   Gabrielle S. Friedman

500 Fifth Avenue
New York, New York 10110
Telephone: (212) 921-8399
gfriedman@lswlaw.com

*Authorized only to sign this stipulation on
behalf of Defendants Davin Investments
Pension Plan, DFL Investments Pension
Plan, Laegeler Asset Management Pension
Plan, Next Level Pension Plan, Rajan
Investments LLC Pension Plan, and Spirit on
the Water Pension Plan*

AKIN, GUMP, STRAUSS, HAUER & FELD
LLP

By: /s/ Robert H. Pees
   (*e-signed with consent*)
   Robert H. Pees

One Bryant Park
Bank of America Tower
New York, New York 10036
Telephone: (212) 872-1072
rpees@akingump.com

*Counsel for Defendants 2321 Capital Pension
Plan, Bowline Management Pension Plan,
and Lion Advisory Inc. Pension Plan*

SO ORDERED:

/s/
_____
Lewis A. Kaplan
United States District Judge

Dated: 8/7/2020

3